# United States District Court

District of Utah, Central Division

Bryan Peterson,

        Plaintiff,　　　　　　**JUDGMENT IN A CIVIL CASE**

    v.

University of Utah,　　　　　　　　　Case Number: 2:22-CV-539-AMA-CMR

        Defendant.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant.

Dated: August 16, 2024.　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　/s/ Ann Marie McIff Allen
　　　　　　　　　　　　　　　　　　　Ann Marie McIff Allen
　　　　　　　　　　　　　　　　　　　United States District Judge